18-00300-JMM

To whom it may concern, I'm writing regarding Justin Douglas McMaster's pending bankruptcy. I am one of the creditors he did not pay. It has come to my attention that Justin has recently purchased several high ticket items toy-hauler, razor, vehicles ect. There are several of us that he did not pay. He also has been heard saying that he got away with not claiming the income from several partnerships he is involved and, as well as income earned recently for jobs he has completed. My family has lost their home because of the money he did not pay us that was owed. Please look into this and do what is right. We just want what is fairly ours.

HE IS HIDING THINGS UNDER HIS FIANCE'S NAME CRYSTA BUFFINGTON

U.S. COURTS

OCT 22 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO